GEORGE J. COBB v. JOHN A. WADDINGTON, DIRECTOR OF NEW JERSEY DIVISION OF MOTOR VEHICLES.

March 14, 1978. Petition for certification denied. (See 154 *N. J. Super.* 11)

STATE OF NEW JERSEY v. EDWARD M. SILVANEY.

March 14, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL DE MARTINO.

March 14, 1978. Petition for certification denied.

MURIEL S. SMITH v. ROSE PENTA.

March 14, 1978. Petition for certification granted.

JOSEPH COONEY v. CORKER CORPORATION.

March 14, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY WOLFORD.

March 14, 1978. Petition for certification denied.